**Slip Op. 06-46**

**UNITED STATES COURT OF INTERNATIONAL TRADE**

| | |
|---|---|
| HYUNDAI ELECTRONICS INDUSTRIES CO., LTD. and HYUNDAI ELECTRONICS AMERICA, INC., | |
| Plaintiffs, | Before: Richard W. Goldberg, Senior Judge |
| v. | |
| UNITED STATES, | Cons. Court No. 00-01-00027 |
| Defendant, | |
| and | |
| MICRON TECHNOLOGY, INC., | |
| Defendant-Intervenor. | |

**JUDGMENT ORDER**

Upon consideration of the United States Department of Commerce's Final Results of Redetermination Pursuant to Remand ("Redetermination Results") filed pursuant to the Court's decision in <u>Hyundai Electronics Industries Co., Ltd. v. United States</u>, 30 CIT ___, Slip Op. 06-9 (Jan. 18, 2006); and upon consideration of the fact that no parties have filed negative comments regarding the Redetermination Results; and upon consideration of all other papers filed herein; and upon due deliberation, it is hereby

**ORDERED** that the Redetermination Results are sustained in all respects.

**SO ORDERED.**

<u>/s/ Richard W. Goldberg</u>
**Richard W. Goldberg**
**Senior Judge**

Date:     **April 5, 2006**
          **New York, New York**